*W. D. Bell*, for Plainttiff in Error.

*Treadwell & Treadwell*, for Defendant in Error.

---

Albert Poppell, Plaintiff in Error v. Consolidated Land Company, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for Highlands County.

Writ of Error dismissed on motion of counsel for the respective parties.

*W. D. Bell*, for Plaintiff in Error.

*Treadwell & Treadwell*, for Defendant in Error.

---

Edward C. Howell, Plaintiff in Error, v. Consolidated Land Company, a corporation, Defendant in Error.

A writ of Error to the Circuit Court for Highlands County.

Writ of Error dismissed on motion of counsel for the respective parties.

*W. D. Bell*, for Plaintiff in Error.

*Treadwell & Treadwell*, for Defendant in Error.